# MEMO ENDORSED



Epstein Drangel LLP

60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounsclors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/30/18
```

April 30, 2018

**VIA EMAIL**
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
Courtroom 443
40 Foley Square
New York, NY 10007

      Re:    *WOW Virtual Reality, Inc. v. Bienbest, et al.,* **Civil Case No. 18-cv-3305 (VEC)**
            **Status Letter**

Dear Judge Caproni,

    We represent Plaintiff WOW Virtual Reality, Inc. ("Plaintiff" or "WOW"), in the above-referenced action (the "Action").[1] Pursuant to the Court's April 17, 2018 Order, Plaintiff respectfully submits this status letter. On April 17, 2018, the Court entered a temporary restraining order ("TRO"). On April 17, 2018, Plaintiff served the Financial Institutions and Third Party Service Providers with the TRO pursuant to its terms. On April 26, 2018, subsequent to receiving the Financial Institutions' and Third Party Service Providers' responses to the TRO, Plaintiff served Defendants with the TRO, Summons and Complaint and all papers filed in support of Plaintiffs' Application in compliance with the TRO. Consequently, Plaintiff respectfully submits that it is now appropriate to unseal the Action.

    We thank you for your time and attention to this matter.

This matter is now UNSEALED. Plaintiff is instructed to publicly file all previously sealed materials in this matter on ECF no later than May 7, 2018.

SO ORDERED.         4/30/18

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Spencer Wolgang
Spencer J. Wolgang (SW 2389)
swolgang@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.