UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
WOW VIRTUAL REALITY, INC.,

                               Plaintiff,         CIVIL ACTION
                                                   18-cv-3305 (VEC)

           - against -                    **SATISFACTION OF JUDGMENT**

BIENBEST, *et al.*,
                               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, a judgment was entered in the above action on the 6th day of December, 2018 in favor of Plaintiff Wow Virtual Reality, Inc. and against Defendant Shantou Chenghai Yuansheng Toys Industry Co., Ltd in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

        THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Shantou Chenghai Yuansheng Toys Industry Co., Ltd.

Dated: October 15, 2019
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorney for Plaintiff*
*Wow Virtual Reality, Inc.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/13/2023