USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/27/2026___

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOW VIRTUAL REALITY, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>BIENBEST, BOWWA, BRILLIANT TECONOLOGY STORE, CHANGCHUN DORIS TRADING CO., LTD., CHAOFFENGLING, CHONGQING MINGHAO OPTICAL EQUIPMENT CO., LTD., CHONGQING QIEXIYA ELECTRONIC COMMERCE CO., LTD., DONGGUAN FUDIE TRADING CO., LTD., DONGGUAN GAIA SPORTS GOODS CO., LTD., DONGGUAN HANHE ELECTRONIC CO., LTD., DONGGUAN HUANYIN ELECTRONIC PRODUCTS CO., LTD., DONGGUAN KAILONG CRAFTS & GIFTS CO., LTD., DONGGUAN MODA SUMMER GIFTS CO., LTD., DONGGUAN MUSHANG SILICONE&PLASTIC PRODUCTS CO., LTD., DONGGUAN YEEMO TECHNOLOGY CO., LTD., ELECTRONIC OVERSEAS ONLINE SHOPPING, FLY_WIN, GLOBALMART STORE, GUANGZHOU BLUESEED TRADING COMPANY LTD., GUANGZHOU IPEFET ELECTRONIC TECHNOLOGY CO., LTD., GUANGZHOU JIAOYANG COMPUTER TECHNOLOGY CO., LTD., GUANGZHOU JQX TRADING LIMITED, GUANGZHOU KAYOH ELECTRONICS TECHNOLOGY CO., LTD., GUANGZHOU SPADE ELECTRONIC TECHNOLOGY COMPANY LIMITED, GUANGZHOU UPO ELECTRONIC TECHNOLOGY CO., LTD., GUANGZHOU V-YOUNGO ELECTRONIC CO., LTD., HIPERDEAL SMARTER LIFE STORE, HONTRUE TECHNOLOGY CO.,LTD, JILIN | **CIVIL CASE NO. 18-cv-3305 (VEC)**<br><br>**ORDER FOR RETURN OF SECURITY BOND** |

PROVINCE BAIDING TRADE CO., LTD., KAKACOLA, KENNETH_YANG, LADY-SEXY, LSURT 3C STORE, MEMORYGEEK, MODOSON TECHNOLOGY CO.,LTD., MONICASTORE8687, MOSON TECHNOLOGY CO.,LTD., MUSIC ONLINE STORE, MYVISION OFFICIAL STORE, NANYANG BESTANDBEAUTY TRADING CO., LTD., NANYANG SRATE OPTICAL INSTRUMENT MANUFACTORY, NINGBO BEST-HOME IMPORT AND EXPORT CO., LTD., NINGBO L&K INTERNATIONAL TRADE CO., LTD., NINGBO YANGPENG IMP. & EXP. CO., LTD., ORANGECITY STORE, OVERMAL STORE, QUTUO, RC CONTROL PRODUCTS STORE, SENHAODA STORE, SHANTOU CHENGHAI YUANSHENG TOYS INDUSTRY CO., LTD., SHANTOU WIISUN ELECTRONIC CO., LTD., SHANTOU ZHILETIAN TOYS TRADING CO., LTD., SHENZHEN ABERY MOLD & PLASTICS CO., LTD., SHENZHEN ABROOK TECHNOLOGY LTD., SHENZHEN ANYSECU TECHNOLOGY CO., LTD., SHENZHEN AONSMART TECHNOLOGY CO., LTD., SHENZHEN ARMA ELECTRONICS TECHNOLOGY LTD., SHENZHEN B2CORNER STORE, SHENZHEN BIEN TECHNOLOGY CO., LTD., SHENZHEN BLL CELL PHONE ACCESSORIES CO., LTD., SHENZHEN BLUERIN TECHNOLOGY LIMITED, SHENZHEN BLUESKYSEA TECHNOLOGY CO., LTD., SHENZHEN CHEBAN TECHNOLOGY CO., LTD., SHENZHEN CHUANGWEI SEIKO ELECTRONIC CO., LTD., SHENZHEN CKLIDO TECHNOLOGY CO., LTD., SHENZHEN CUSTOMED ALL ELECTRONIC TECHNOLOGY CO., LIMITED, SHENZHEN DOMARS TECHNOLOGY CO., LTD., SHENZHEN DOUWINNING TECHNOLOGY CO., LTD., SHENZHEN DOVINA ELECTRONIC TECHNOLOGY CO., LTD, SHENZHEN DOWDON TECHNOLOGY CO., LTD., SHENZHEN EASTECH COMPANY LIMITED, SHENZHEN EASYGO TECHNOLOGY CO., LTD. (ELECTRIC), SHENZHEN EBENDA TECHNOLOGY CO., LTD., SHENZHEN ELECTRONIC WHOLESALE WORLD, SHENZHEN EVER GRAND TECHNOLOGY CO., LTD., SHENZHEN FRIENDEVER TECHNOLOGY CO., LTD., SHENZHEN FUNADD TECHNOLOGY LIMITED, SHENZHEN GEEKDIGGER TECHNOLOGY CO., LTD., SHENZHEN GOLD SEA ELECTRONIC CO., LTD., SHENZHEN HANVEY GIFTS CO., LTD., SHENZHEN HAODAXIN TECHNOLOGY CO., LTD., SHENZHEN HAWEEL TECHNOLOGY LIMITED, SHENZHEN HERSHELLY TECHNOLOGY CO., LTD., SHENZHEN HHY CO., LTD., SHENZHEN HINDO TECHNOLOGY CO., LTD., SHENZHEN HUAXINYIN

ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN INGLONG TECHNOLOGY CO., LTD., SHENZHEN JAC-TECH ELECTRONICS CO., LTD., SHENZHEN JDBSTAR TECHNOLOGY CO., LTD., SHENZHEN JEDI TECHNOLOGY CO., LTD., SHENZHEN JENCENT ELECTRONICS TECHNOLOGY CO., LTD., SHENZHEN KAKUDOS TECHNOLOGY CO., LTD., SHENZHEN KEYSTAR INDUSTRIES CO., LTD., SHENZHEN KOU ZONE INTERNATIONAL INVESTMENTS LTD., SHENZHEN LEADINGPLUS ELECTRONIC CO., LTD., SHENZHEN LICHIP ELECTRONIC CO., LTD., SHENZHEN LIGHT POINT TECHNOLOGY CO., LTD., SHENZHEN LINK DREAM ELECTRONICS CO., LTD., SHENZHEN LINK-SHINE SMART TECHNOLOGY LTD., SHENZHEN LOAR TECHNOLOGY CO., LTD., SHENZHEN LONTEN TECHNOLOGY CO., LIMITED, SHENZHEN MASMIRE TECHNOLOGY CO., LTD., SHENZHEN MINGHAI TECHNOLOGY CO., LTD., SHENZHEN MO IDEA PRODUCT DESIGN & MANUFACTURE LIMITED, SHENZHEN MODEL FANS ELECTRONIC CO., LTD, SHENZHEN MYEAH TECHOLOGY CO.,LTD STORE, SHENZHEN NORTHVISION TECHNOLOGIES CO., LTD., SHENZHEN ONU MALL TECHNOLOGY CO., LIMITED, SHENZHEN PENGYUAN ELECTRONICS CO., LTD., SHENZHEN QUALITY TECHNOLOGY CO., LTD., SHENZHEN RONGLI PLASTIC HARDWARE CO., LTD., SHENZHEN SHANHAI TECHNOLOGY LTD., SHENZHEN SOMEG ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN SPLINKTECH CO., LTD., SHENZHEN STARFLY TECHNOLOGY CO., LTD., SHENZHEN SVPRO TECHNOLOGY CO., LTD., SHENZHEN TAMON TECHNOLOGY CO., LIMITED, SHENZHEN TOPWELL ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN TOYSKY TRADING FIRM, SHENZHEN TRULYWAY ELECTRONIC DEVELOPMENT CO., LTD., SHENZHEN TRUSTING ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN UNION TECHNOLOGIES CO., LTD., SHENZHEN V-CHOICE ELECTRONIC TECH. CO., LTD., SHENZHEN VYIYI TECHNOLOGY CO., LTD., SHENZHEN WELTE ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN WINNHO TECHNOLOGY CO., LTD., SHENZHEN WISE INDUSTRY CO., LTD., SHENZHEN WORTHSPARK ELECTRONIC CO., LTD., SHENZHEN WTYD TECHNOLOGY LIMITED, SHENZHEN XINGHECHENG TECHNOLOGY LIMITED, SHENZHEN YANBOCHUANG TECHNOLOGY CO., LTD., SHENZHEN YANGKE ELECTRONIC FACTORY, SHENZHEN YIQUN TECHNOLOGY LIMITED, SHENZHEN

YJM ELECTRONIC CO., LTD., SHENZHEN YONGER ELECTRONICS CO., LTD., SHENZHEN YUESIXING TECHNOLOGY CO., LTD., SHENZHEN YXS TECHNOLOGY CO., LTD., SHENZHEN ZIHO TECHNOLOGY CO., LTD., SHOP2956102 STORE, SKYYXR, SUPREME FACTORY LIMITED, TOP RC STORE, USMART LIFE STORE, VEENAC GLOBAL STORE, VITOG, VOCOCAL ELETRONIC STORE, WINAIT TECHNOLOGIES LTD., WRSUNEN GOLDEN LAUGH STORE, WUBINGTOP2, XIAMEN BELITOP INDUSTRY AND TRADE CO., LTD., XIAMEN YUESHI TRADE CO., LTD., XIANG3222872, YONG JUN PLASTIC & ELECTRONICS (DONGGUAN) CO., LTD., YUYAO NEW POWER PROMOTION INDUSTRIAL CO., LTD., and ZHUHAI GUANGTAI ELECTRONIC CO., LTD.,

*Defendants*

WHEREAS the Court, having terminated the action, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action;

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this __27th__ day of ____March____, 2026.

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE